UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>KENNETH RANDLE DOOR,<br><br>              Defendant. | CASE NO. CR12-5139BHS<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion for a continuance of the trial date. The Court, having considered the unopposed motion and the Defendant's speedy trial waiver makes the following findings of fact and conclusions of law:

1. Defense counsel represents Mr. Door in a separate criminal matter, CR12-5126RBL, set for trial before Judge Leighton on March 3, 2014, fifteen days before the scheduled trial date in this case.

2. In the case before Judge Leighton, the defendant is exposed to a possible fifteen-year mandatory minimum sentence, and the parties have informally agreed that the case before Judge Leighton should proceed to trial first.

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore

resolution of this case before trial and to substantially ensure continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B).

6. Defendant waived speedy trial through May 30, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from March 18, 2014, to May 27, 2014, at 9:00 a.m.  Pretrial Conference is set for May 12, 2014, at 9:00 a.m.  The resulting period of delay from February 10, 2014, to May 27, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 13th day of February, 2014.

BENJAMIN H. SETTLE
United States District Judge