UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KENNETH DOOR,<br><br>Defendant. | NO. CR12-5139BHS<br><br>**ORDER TO SEAL** |

Having read the Government's Motion to Seal (Dkt. 164), and because of sensitive information contained within the United States' Response,

It is hereby ORDERED that the United States' Response to Defendant's Motion to Continue Sentencing remain sealed.

DATED this 9th day of October, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*S/ Steven T. Masada*
Steven T. Masada

*s/ Norman M. Barbosa*
NORMAN M. BARBOSA
Assistant United States Attorneys

ORDER TO SEAL – DOOR - 1
CR12-5139BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970